| | |
|---|---|
| JERMAINE M. HILL )<br>)<br>　　Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>　　Respondent. ) | Nos. 4:03-cv-012 / 4:01-cr-062<br>*Edgar* |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

　　SO ORDERED.

　　ENTER this *25th day of July, 2005*.

　　　　　　　　　　　　　　　　　　*/s/ R. Allan Edgar*
　　　　　　　　　　　　　　　　　　R. ALLAN EDGAR
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE